UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| MICHAEL ANTHONY FIELD, | ) CASE NO. SA CV 12-01086 RZ |
| Plaintiff, | ) |
| v. | ) ORDER FOR THE AWARD OF |
| CAROLYN W. COLVIN, | ) EQUAL ACCESS TO JUSTICE |
| Acting Commissioner of Social Security, | ) FEES |
| Defendant. | ) |

Based upon the parties' Stipulation for the Award of Equal Access to Justice Fees ("Stipulation"),

IT IS ORDERED that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412(d), in the amount of Four Thousand Six Hundred Dollars ($4,600.00)~~, subject to the terms of the Stipulation.~~ Under the terms of the Stipulation, payment may be delivered to Plaintiff's counsel.

Dated: January 02, 2014

_____
HON. RALPH ZAREFSKY
UNITED STATES MAGISTRATE JUDGE